IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MERI-LYNN JORDAN and SCOTT JORDAN, | ) ) ) |
| Plaintiffs, | ) ) ) Cause No:   4:17-CV-01910-JAR |
| vs. | ) ) |
| WAL-MART STORES EAST, L.P., | ) ) ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL**

It is hereby stipulated by and between Plaintiff Meri-Lynn Jordan and Plaintiff Scott Jordan ("Plaintiffs") and Defendant Wal-Mart Stores East, L.P. ("Defendant") that Plaintiffs claims as to Defendant are dismissed with prejudice, with each party to pay their own costs.

Alvin A. Wolff, Jr. #27800MO
Alexander Wolff #64247MO
WOLFF & WOLFF TRIAL LAWYERS
Attorneys for Plaintiffs
1034 S. Brentwood Blvd., Suite 1900
St. Louis, Missouri 63117
(314) 241-2500
(314) 735-4358 (Fax)
alvinwolff@gmail.com
alex@wolfftriallawyers.com

John P. Rahoy #41896MO
Edward W. Zeidler II #56638MO
John A. Mazzei #51398MO
BROWN & JAMES, P.C.
Attorneys for Defendant
800 Market Street, Suite 1100
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 (Fax)
jrahoy@bjpc.com
ezeidler@bjpc.com
jmazzei@bjpc.com

20555943.1

So Ordered
John A. Ross
2/11/19